THE STATE OF MONTANA EX REL. JACK MOTE, PETITION-
ER, *v.* WM. J. WALKER, SHERIFF OF MISSOULA COUNTY,
MONTANA, RESPONDENT.

No. 10921.
Decided February 3, 1965.
398 P.2d 470.

PER CURIAM.

Original proceeding.

Application for writ of habeas corpus. The application is
denied and the proceeding is dismissed.

PETITION OF EDWARD F. DUBOIS.

No. 10747.
Decided February 5, 1965.
397 P.2d 715.

PER CURIAM:

Original proceeding. Petition for writ of mandate filed by
Edward F. DuBois, an inmate of the Montana State Prison,
appearing pro se. Petitioner seeks the writ to compel officers
of the prison to furnish him with information as to the period
of time remaining to be served before discharge.

The court is informed that such information has now been
furnished petitioner. By reason thereof we shall not express
any opinion on the merits of the petition nor the relief therein
sought.

The writ is denied and the proceeding dismissed.